**Order entered October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01416-CR

---

**VICTOR HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1357879-L**

---

## ORDER

On our own motion, we **ORDER** the Honorable Carter Thompson, Judge of the Criminal District Court No. 5 of Dallas County, Texas, to refer this matter to Senior Judge Pat McDowell to make a written order and findings of fact regarding the voluntariness of the statement in State's Exhibit 124 as required by article 38.22 section 6 of the code of criminal procedure. TEX. CODE CRIM. PROC. ANN. art. 38.22 § 6.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Thompson, Dallas County District Clerk Felicia Pitre, and all counsel of record.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty (30) days from the date of this order or when the Court receives the order and findings of the trial court.

/s/ ROBERT M. FILLMORE
   PRESIDING JUSTICE